## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JOSHUA CALLOWAY, on behalf of himself and all similarly situated persons, ) ) ) Plaintiff, ) ) v. ) ) TD AMERITRADE, INC., ) ) Defendant. ) | **JURY TRIAL DEMANDED** Case No. 12-cv-07410 |

### ORDER

WHEREAS, on September 14, 2012, Plaintiff filed his Complaint in the above captioned matter via the Court's ECF system and paid the requisite filing fee.

WHEREAS, upon completion of the filing of the aforementioned Complaint, Plaintiff's Counsel recognized that the filing did not go through, due to the fact that a case number had not been opened in the ECF system prior to filing the Complaint.

WHEREAS, to correct said oversight, on September 14, 2012, Plaintiff's Counsel opened a case number and re-filed the Complaint as Case No. 12-cv-07387.

WHEREAS, in the process of re-filing the Complaint, the ECF system required that the requisite filing fee be paid again, resulting in Plaintiff having paid the filing fee for the filing of his Complaint twice.

WHEREAS, on September 17, 2012, Plaintiff's Counsel contacted the Clerk of the Court and explained the aforementioned circumstances and to obtain a refund of the duplicative filing fee.

WHEREAS, the Clerk of the Court informed Plaintiff's Counsel that the Clerk of the Court would email Plaintiff's Counsel a form to complete to obtain a refund and that no further action would be needed.

WHEREAS, subsequently on September 17, 2012, the Clerk of the Court on its own

volition, and despite the previous call from Plaintiff's Counsel, opened a second case number for this matter, Case No.: 12-cv-07410, consisting of the same Complaint as Case No.: 12-cv-07387.

WHEREAS, on September 18, 2012, Plaintiff's Counsel contacted the Clerk of the Court regarding the opening of the duplicative Case No.:12-cv-07410. The Clerk of the Court informed Plaintiff's Counsel that it could not correct it's error and that Plaintiff should file a Notice of Dismissal for Case No.: 12-cv-07410, to eliminate this proceeding from the Court's docket.

WHEREAS, on September 18, 2012, Plaintiff filed a Notice of Dismissal for Case No.:12-cv-07410, pursuant to the Clerk of the Court's instructions.

WHEREAS, on September 19, 2012, the Clerk of the Court contacted Plaintiff's Counsel and informed Plaintiff's Counsel that despite the Clerk of the Court's prior representation, in order to refund the duplicative filing fee, Plaintiff's Counsel would need to contact the Courtroom Deputy for the Hon. Harry D. Leinenweber.

WHEREAS, on September 19, 2012, Plaintiff's Counsel and the Courtroom Deputy for the Hon. Harry D. Leinenweber conversed, and Plaintiff's Counsel was instructed to submit a proposed order, containing the information set forth herein, to obtain a refund of the duplicative filing fee and dismiss Case No.: 12-cv-07410 without any prejudice to the standing of Case No.: 12-cv-07387.

IT IS HEREBY ORDERED:

1. The Clerk of the Court for the United States District Court for the Northern District of Illinois shall refund to Plaintiff's Counsel the filing fee, in the amount of $350.00, paid as Pay.gov Tracking ID: 2580D1L7.

2. This proceeding is hereby dismissed without prejudice and this dismissal is further without prejudice in any way to the standing of Case No.: 12-cv-07387.

DATED this _____ day of September, 2012.      ENTER:

_____
Honorable Harry D. Leinenweber

2

Prepared By:

Ilan Chorowsky, Esq.
Mark A. Bulgarelli, Esq.
PROGRESSIVE LAW GROUP LLC
505 N. LaSalle Street, Suite 350
Chicago, IL 60654
(312) 787-2717 (voice)

*Attorneys for Plaintiff*